1

2

3

4

5

6

7                                          O

8

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

KUJTIM BLAKAJ,                    ) Case No.  EDCV 11-0768-SVW (DTB)

13                                )
                    Petitioner,   )
14          vs.                   ) ORDER ACCEPTING FINDINGS,
                                  ) CONCLUSIONS AND
15   LELAND MCEWAN, Warden,       ) RECOMMENDATIONS OF UNITED
                                  ) STATES MAGISTRATE JUDGE
16                  Respondent.   )
                                  )
17 _____    )

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

19   and files herein, and the Report and Recommendation of the United States Magistrate

20   Judge. Objections to the Report and Recommendation have been filed herein. Having

21   made a de novo determination of those portions of the Report and Recommendation

22   to which objections have been made, the Court concurs with and accepts the findings,

23   conclusions and recommendations of the Magistrate Judge.

24          IT THEREFORE IS ORDERED that Judgment be entered denying the Petition

25   and dismissing this action with prejudice.

26

27   DATED: July 16, 2013

                                          _____
28                                        STEPHEN V. WILSON
                                          UNITED STATES DISTRICT JUDGE

                                          1