JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUJTIM BLAKAJ, | ) Case No. EDCV 11-0768-SVW (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| LELAND MCEWAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 16, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE